[Cite as *05/01/2003 Case Announcements,* 2003-Ohio-2180.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 1, 2003*

## MOTIONS AND PROCEDURAL RULINGS

**1991–2137. State v. Campbell.**
Hamilton App. No. C–890330. Upon consideration of appellant's motion to suspend S.Ct.Prac.R. XIV(4)(B),

IT IS ORDERED by the court that the motion be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**2003–0463. Am. Modern Home Ins. Co. v. Hagopian.**
Crawford App. No. 3–02–23. This cause is pending before the court on appeals and cross-appeal from the Court of Appeals for Crawford County. Upon consideration of appellants/cross-appellees' applications for dismissal of appeals and appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the applications for dismissal be, and hereby are, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MISCELLANEOUS ORDERS

| In re Report of the Commission on Continuing Legal Education. | : | |
| | : | |
| James William Knisley ( # 0012529), Respondent. | : | ENTRY |
| | : | |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 2000–2001 reporting period.

On November 6, 2002, pursuant to Gov.Bar R. X(6)(B)(1), this court issued to the respondent an order to show cause why the recommended sanction should not be adopted by the court and an order so entered against the respondent. Respondent filed no objections to the commission's recommendation and this cause was considered by the court.

On April 10, 2003, this court entered an order adopting the commission's recommendation imposing a fee sanction and suspending respondent.

It has now come to the court's attention that the respondent is deceased. Accordingly,

IT IS ORDERED by the court, sua sponte, that the orders of November 6, 2002, and April 10, 2003, be, and the same are hereby, vacated.

IT IS FURTHER ORDERED that this matter be dismissed.

[Cite as *05/02/2003 Case Announcements,* 2003-Ohio-2201.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *May 2, 2003*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0728.   State ex rel. Baker v. Yellow Cab Co.**
Franklin App. No. 02AP–444, 2003-Ohio-1104.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0579.   State ex rel. Green v. Indus. Comm.**
Franklin App. No. 02AP–394, 2003-Ohio-1180.